UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>      v.<br><br>OMAR RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 19-cv-06220-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 13, 15 |

On December 30, 2019, Plaintiff filed requests for entry of default against Defendants Rosalinda Rodriquez and Diego Paredes. (Dkts. 11, 12.) On January 2, 2020, the Clerk of Court entered default against both Rosalinda Rodriquez and Diego Paredes. (Dkt. 13.) On January 9, 2020, Plaintiff filed a request for entry of default against Defendant Omar Rodriquez. (Dkt. 14.) On January 10, 2020, the Clerk of Court entered default against Omar Rodriquez. (Dkt. 15.) Since his request for entry of default against Omar Rodriquez, Plaintiff has not filed any documents in this case. The Court therefore issues this ORDER TO SHOW CAUSE why the action should not be dismissed for failure to prosecute. Plaintiff shall respond no later than June 12, 2020.

**IT IS SO ORDERED**.

Dated: May 29, 2020

_____
SALLIE KIM
United States Magistrate Judge